# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of May, two thousand and fifteen.

Before:  Raymond J. Lohier, Jr.,
      *Circuit Judge*.

_____

Simone Kelly-Brown, Own Your Power Communications, Incorporated,
 Plaintiffs-Appellants,

v.

Oprah Winfrey, Harpo Productions, Inc., Harpo, Inc., Hearst Corporation, Hearst Communications, Inc.,
 Defendants-Appellees,

ABC Companies, 1-100, names being fictitious, *et al.*,
 Defendants.

_____

**ORDER**
Docket Nos. 15-697 (L);
     15-858 (Con)

  Appellants move to expedite the consolidated appeal, No. 15-858.

  IT IS HEREBY ORDERED that the motion to expedite is GRANTED.  It is further ORDERED that the consolidated appeal, No. 15-858, is SEVERED from the lead appeal. Briefing in No. 15-858 shall proceed as follows: Appellants' principal brief shall be filed no later than 2 days after this Court renders a decision on the motion for permission to file a redacted version of the district court's March 5, 2015 opinion; Appellees' response brief shall be filed no later than 14 days after the filing of the principal brief; and Appellants' reply brief shall be filed no later than 5 days after the filing of the response brief.  After briefing is complete, the appeal in No. 15-858 will be calendared for decision as soon as practicable.

        For the Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court